IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YUE YU, et al.,

    Plaintiffs,

vs.      Civ. No. 97-1491 MV/WWD

DOUGLAS BROWN, et al.,

    Defendants;

**CONSOLIDATED FOR PRE-TRIAL DISCOVERY PURPOSES ONLY WITH**

KASHYAP N. THAKORE, et al.,

    Plaintiffs,

vs.      Civ. No. 97-1492 JP/WWD

DOUGLAS BROWN, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

On March 26, 1998, the Honorable Lorenzo F. Garcia entered an Order Temporarily Staying Discovery in Civil No. 97-1492 JP/LFG. The purpose of this order was to allow time for circulation of a motion to stay proceedings in that cause. On April 2, 1998, at an initial scheduling conference in Civil No. 97-1491 MV/WWD, a related case, counsel and I agreed that Civ. 97-1491 and Civ. 97-1492 should be consolidated for pre-trial purposes. Judge Garcia's Order of March 26, 1998, temporarily staying discovery in 97-1492 will be followed in 97-1491.

**IT IS SO ORDERED**.

                                                UNITED STATES MAGISTRATE JUDGE