IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YUE YU, et al.,

    Plaintiffs,

vs.                                                             Civ. No. 97-1491 MV/WWD

DOUGLAS BROWN, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

    This matter comes before the Court *sua sponte*. On December 4, 1998, I met with counsel for the parties in an effort to resolve USDC Civil Nos. 97-1491 MV/WWD and 97-1492 JP/WWD. The settlement conference was followed up with phone calls to the parties, and certain assurances were made with respect to bonafide attempts on the part of the parties to resolve all or portions of the two lawsuits, including issues involving attorney fees. My conversation with Robert Bombaugh, the Director of the Office of Immigration Litigation, and with Richard Hughes, one of the attorneys for the two separate Plaintiffs, have not satisfied me with respect to the effort which I expected to be undertaken as far as resolving these lawsuits. As I suggested at the December 4, 1998, settlement conference, I would, if necessary, reconvene the settlement conference and require Mr. Bombaugh's presence inasmuch as no one serving under him seems to have the authority to negotiate a settlement in these disputes.

    **WHEREFORE,**

    **IT IS ORDERED** that counsel for the parties, including Richard Hughes, John Lawit,

Michael Hoses, Pauline Terrelonge, and Robert Bombaugh shall appear for a settlement conference before the Court at 9:00 a.m. on Tuesday, January 12, 1999, in my chambers at the United States Courthouse, 333 Lomas Blvd., NE, Suite 670, Albuquerque, New Mexico.

_____
UNITED STATES MAGISTRATE JUDGE